UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>                Plaintiff,<br><br>       v.<br><br>CHARLES JAMES, et al.,<br><br>                Defendants. | Case No.  18-mc-80019-VC<br><br>**ORDER RE PRE-FILING REVIEW** |

       The court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on December 14, 2006 in E.K. Wade v. United States of America, et al., Case No. 06-02346-CRB, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

       **IT IS SO ORDERED.**

Dated: February 9, 2018

_____
VINCE CHHABRIA
United States District Judge